UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY J. GIESELMAN, ) | |
|     Plaintiff, ) | |
| v. ) | No. 4:10CV1619 FRB |
| ) | |
| VALERIA WILSON JACKSON, et al. ) | |
|     Defendants. ) | |

ENTRY OF APPEARANCE
AND
REQUEST FOR ADDITIONAL TIME TO RESPONSIVELY PLEAD

Comes now Mark H. Zoole, and enters his appearance on behalf of Defendants.

Defendants hereby request an additional twenty-one days, up to and including November , 2010, within which to file an Answer or other responsive pleading.

MARK H. ZOOLE & ASSOCIATES

/s/ Mark H. Zoole
Mark H. Zoole #4773
1200 So. Big Bend Blvd.
St. Louis, MO  63117
(314) 647-1200
zoole@sbcglobal.net

Certificate Of Service

The undersigned certifies that a true and correct copy of the foregoing was sent via U.S. Mail, first-class postage pre-paid, to Gary Gieselman, 7817 Clevedon, St. Louis, MO, 63123, on this 20th day of October 2010.

/s/ Mark H. Zoole