AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| Gary Gieselman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:10-cv-1619 RWS |
| Valeria Wilson Jackson, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lenny Parks
St. Francois County Jail
1550 Doubet Road
Farmington, Missouri 63640

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Grant R. Doty
American Civil Liberties Union of Eastern Missouri
454 Whittier Street
St. Louis, MO 63108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

James G. Woodward
CLERK OF COURT

Date: 02/10/11

Andrea R. Luisetti, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:10-cv-1619 RWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☑ I personally served the summons on the individual at *(place)* **St Francis Co. Jail**
on *(date)* **2-15-11** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **30.00** pd. **8972**

I declare under penalty of perjury that this information is true.

Date: **2-15-11**

**Def. Lev Bradly 964**
*Server's signature*

**Ron Bradly 964**
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: