## Declaration of Grant R. Doty

1. My name is Grant R. Doty. I am a staff attorney for the American Civil Liberties Union of Eastern Missouri, representing the Plaintiff in *Giesleman v. Valeria Wilson Jackson* Case No.: 4:10-cv-1619 RWS, and I make this declaration on the basis of personal knowledge.

2. On January 22, 2011, Plaintiff served upon Defendant Washington County, Missouri, a first set of interrogatories pursuant to FED.R.CIV.P. 33.  They included five questions seeking to obtain information relevant to this case.  Responses were due on February 21, 2011.

3. On January 28, 2011, Plaintiff served upon Defendants Washington County, Missouri; Valeria Jackson; and Vernon Wilson requests for production of documents pursuant to FED.R.CIV.P. 34. Responses were due on February 27, 2011.

4. As of February 23, 2011, Defendant County had not responded to Plaintiff's discovery request; accordingly, I emailed Defendants' counsel.  There was no response.

5. As of March 11, 2011, Defendants had not responded to Plaintiff's discovery requests; accordingly, I formally wrote a letter to defendants' counsel, asked for compliance, and requested a conference to discuss any issues with the outstanding discovery.  There was no response.

6. On March 23, 2011, having still received no discovery or objections to Plaintiff's request for production and interrogatories, I called and left a message with Defendants' counsel.  Defendants' counsel returned the call; I requested discovery and indicated that failure to provide responses would result in a motion to compel.  Defendants counsel assured me that production would be forthcoming.

7. On March 29, 2011, having still received no discovery or objections to Plaintiff's request for production and interrogatories, I again called and spoke with Defendants' counsel.

8. At no time have Defendants indicated any objection to any interrogatory or request for production.

9. As of the filing of the motion to compel, Plaintiff has received no response whatsoever to his discovery requests served on January 22, 2011 and January 28, 2011.

10. I have in good faith attempted to obtain the discovery requested without court action by issuing the original requests, asking for compliance on numerous occasions, and conferring with Defendants' counsel by email and telephone.

11. I have not been made aware of any dispute regarding whether the items requested are discoverable or of any objection to the requests; therefore, it is not possible to reach an accord on any discovery dispute.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

April 4, 2011                                                  */s/ Grant R. Doty*
                                                                     Grant R. Doty