UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY GIESELMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV1619 RWS |
| | ) |
| VALERIA WILSON JACKSON, et al., | ) |
| | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to compel. In the motion, plaintiff states that defendants have failed to timely respond to interrogatories and a request for production of documents. The responses were due on February 21, 2011, and no extensions of time were granted. Defendants have waived any objections to the discovery and must comply with the requests or face sanctions from this Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#73] is granted, and defendants Valeria Jackson, Vernon Wilson, and Washington County shall respond fully, without objection, in writing, and under oath to plaintiff's First Set of Interrogatories within ten (10) days from the date of this Order.

**IT IS FURTHER ORDERED** that defendants Valeria Jackson, Vernon Wilson, and Washington County shall respond fully and without objection to plaintiff's First Request for Production of Documents within ten (10) days from the date of this Order.

**Failure to comply with this Order may result in the imposition of sanctions, including but not limited to, an entry of default against defendants for failure to participate in discovery and comply with the Orders of this Court.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2011.