UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GARY GIESELMAN,                          )
                                         )
        Plaintiff,                       )
                                         )
    vs.                                  )          Case No. 4:10CV1619 RWS
                                         )
VALERIA WILSON JACKSON, et al.,          )
                                         )
        Defendants.                      )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to compel responses to

plaintiff's second set of requests for production of documents. Defendant

Washington County responds that it has now complied with the discovery

requests. Defense counsel for Vernon Wilson admits that Wilson has failed to

comply with discovery requests but claims that Wilson has refused to

communicate with counsel. Wilson requests an extension of time to respond to

discovery, which plaintiff opposes.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#76] is

granted as to defendant Vernon Wilson only, and Vernon Wilson shall respond

fully and without objection to plaintiff's Second Request for Production of

Documents within ten (10) days from the date of this Order, and the motion to

compel is denied as moot as to defendant Washington County.

**IT IS FURTHER ORDERED** that defendant's motion for extension of

time to complete discovery [#80] is denied.

**Failure to comply with this Order may result in the imposition of
sanctions, including but not limited to, an entry of default against defendant
Vernon Wilson for failure to participate in discovery and comply with the
Orders of this Court.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of April, 2011.