UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY GIESELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV1619 RWS |
| ) | |
| VALERIA WILSON JACKSON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Having reviewed the response filed by defendants Valeria Wilson Jackson and Vernon Wilson on May 5, 2011,

**IT IS HEREBY ORDERED** that plaintiff's motions for sanctions [#85 and #87] are denied. The Show Cause Order issued April 29, 2011 is deemed satisfied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of May, 2011.