UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY GIESELMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 4:10CV1619 RWS |
| VALERIA WILSON JACKSON, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on my review of the file. Defendants have now filed three versions of what appears to be the same motion for summary judgment. So that the record is clear, all pending motions for summary judgment will be denied without prejudice. Defendants should then file **one copy only of the summary judgment motion that they actually want the Court to consider.**

Accordingly,

**IT IS HEREBY ORDERED** that the pending motions for summary judgment [#116, #122, #124] are denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of September, 2011.