**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

FILED
AUG 31 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| PLAINTIFF<br>Gary Gieselman | COURT CASE NUMBER<br>4:10-cv-1619 RWS |
|---|---|
| DEFENDANT<br>Valeria Wilson Jackson, et al. | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jason Gullett
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~7106 ST RT AA, Farmington, Missouri 63640~~ 107 Summit Street, Bonne Terre MO. 63628

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Anthony E. Rothert
ACLU of Eastern Missouri
454 Whittier Street
St. Louis, Missouri 63108

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                 Fold

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 314-652-3114
DATE: 8/1/2011

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 7 | District of Origin No.: 44 | District to Serve No.: 44 | Signature of Authorized USMS Deputy or Clerk: JC | Date: 08/02 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 8-9-11 | 11:15 | [X] am  [ ] pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $495.00 | $119.12 | — | $614.12 | — | $614.12 |

REMARKS: 1st Endeavor 8-4-11  1 DUSM 3hr x $55.00 = $165.00  116.8 x .51¢ per mile = $59.56  = $224.56
2nd Endeavor 8-9-11  2 DUSM 3hrs x $55.00 = $330.00  116.8 x .51¢ per mile = $59.56  = $389.56
No Such person lives @ residence. 11:15 hrs - Renshaw, Mathis - 11 year resident.

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|