AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| Gary Gieselman | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 4:10-cv-1619 JAR |
| Valeria Wilson Jackson, et al. | ) ) | |
| *Defendant* | ) | |

*Alias*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason Gullett
1476 HWY AA
Farmington, MO 63640

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anthony E. Rothert
ACLU of Eastern Missouri
454 Whittier Street
St. Louis, MO 63108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11-14-11   *Lisa Holiwitt*
*Signature of Clerk or Deputy Clerk*

109363

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:10-cv-1619 JAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because  Subject Moved. _____ ; or

☒ Other *(specify)*: He Lives in Washington Co. Mo. W/ Parents. He is on P+P Thru Washington Co. Ck with Them to get Good Address. Thanks

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-2-11

Server's signature

M Brewer Deputy Sheriff
Printed name and title

1550 Doubet Rd. Farmington Mo. 63640
Server's address

Additional information regarding attempted service, etc:

20:1
10:5
633m
36.33 pd √9200